IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN ESTRADA DELGADO

    Petitioner,

    v.                                    CIVIL NO. 96-2513 (RLA)

MANUEL MARTINEZ, WARDEN,
et al.,

    Respondent.

### FINAL JUDGMENT

The Court having dismissed this action through its Order issued on this date, it is

HEREBY ORDERED AND ADJUDGED that the complaint filed in this action be and the same is hereby DISMISSED.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of October, 1999.

RAYMOND L. ACOSTA
United States District Judge