CCA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

EDWIN ESTRADA DELGADO,

Petitioner,

v.

MANUEL MARTINEZ, WARDEN, ET AL,

Respondents.

CIVIL NO.: 96-2513 (RLA)

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the petitioner, Edwin Estrada Delgado, proceeding pro-se, hereby appeals to the United States Court of Appeals for the First Circuit, the final judgment entered in this case.

**I HEREBY CERTIFY**, that a true and exact copy of the foregoing document was on this same date mailed to: Federal Litigation Division, Department of Justice, P.O. Box 9020192, San Juan, Puerto Rico 00902-0192; by depositing same in a United States mailbox, first class postage prepaid.

**RESPECTFULLY SUBMITTED,**

In Bayamón, Puerto Rico on this the 30th day of November 1999.

**EDWIN ESTRADA DELGADO**
Institución Regional de Bayamón
Sección 308, DIC-21C
P.O. Box 60307
Bayamón, Puerto Rico 00960